```
 1  Natalie Hernandez Catahan CA Bar No. 289350
    natalie.hernandez@ogletree.com
 2  OGLETREE, DEAKINS, NASH, SMOAK &
    STEWART, P.C.
 3  Park Tower, Fifteenth Floor
    695 Town Center Drive
 4  Costa Mesa, CA  92626
    Telephone:    714-800-7900
 5  Facsimile:    714-754-1298

 6  Attorneys for Defendant
    Ciox Health, LLC d/b/a Datavant Group
 7  (erroneously sued as "Datavant, Inc.")

 8
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALVA QUIRARTE, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DATAVANT, INC., a Delaware Corporation; RELIANCE STANDARD LIFE INSURANCE COMPANY, a Illinois Corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. 1:24-at-00856<br><br>**[Stanislaus Superior Court Case No: CV-24-007139]**<br><br>**DEFENDANT CIOX HEALTH, LLC D/B/A DATAVANT GROUP'S REQUEST FOR JUDICIAL NOTICE**<br><br>[*Filed concurrently with Notice of Removal; Civil Cover Sheet; Corporate Disclosure Statement; Declaration of Michael Cleary and Natalie Hernandez Catahan; Notice of Related Cases; and Consent to Removal*]<br><br>Complaint Filed:　September 10, 2024<br>Trial Date:　　　None Set<br>District Judge:　Hon. TBD<br>Magistrate Judge:　Hon. TBD |

Case No. 1:24-at-00856

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HER COUNSEL OF RECORD:

Defendant Ciox Health, LLC d/b/a Datavant Group (erroneously sued as Datavant, Inc.") ("Defendant"), respectfully requests that this Court take judicial notice of the following facts pursuant to Federal Rule of Evidence 201:

1. The State of California Office of the Secretary of State's Statement of Information Corporation filed by Reliance Standard Life Insurance Company on May 15, 2024 indicates: 1) Reliance Standard Life Insurance Company ("RSLI") was formed in the State of Illinois; (2) RSLI's Principal Office is in Philadelphia, Pennsylvania; and (3) the offices of RSLI's Chief Executive Officer, Secretary, and Chief Financial Officer are all located in Philadelphia, Pennsylvania. The Court may take judicial notice of facts that are capable of accurate and ready determination from sources whose accuracy cannot reasonably be questioned. Fed.R.Evid. 201(b)(2). RSLI's 2024 Statement of Information filed with the California Secretary of State is located at and printed from the California Secretary of State's website: https://bizfileonline.sos.ca.gov/search/business. Attached as **Exhibit C** to the Declaration of Natalie Hernandez Catahan ("Catahan Declaration") in support of Defendant's Notice of Removal, filed concurrently with this notice, is a true and correct copy of Reliance Standard Life Insurance Company's Statement of Information Corporation's 2024 Statement of Information as of October 18, 2024.

2. The 2024 Judicial Caseload Profile for the Eastern District of California shows that the median time from filing to trial for civil cases in the Eastern District is 68.9 months. The Court may take judicial notice of facts that are capable of accurate and ready determination from sources whose accuracy cannot reasonably be questioned. Fed.R.Evid. 201(b)(2). The Judicial Caseload Profile for the Eastern District of California is located at and printed from the United States Court's website:         https://www.uscourts.gov/statistics/table/t-3/federal-judicial-caseload-statistics/2024/03/31. Attached as **Exhibit D** to the Catahan Declaration filed concurrently with this

Case No. 1:24-at-00856

1

DEFENDANT CIOX HEALTH, LLC D/B/A DATAVANT GROUP'S
REQUEST FOR JUDICIAL NOTICE

notice, is a true and correct copy of the U.S. District Courts—Judicial Caseload Profile accessible from the United States District Courts' official website, as of October 18, 2024.

    3.    Attached as **Exhibit E** to the Catahan Declaration are true and correct copies of the following federal and state court decisions/verdicts/settlements:

(a) *Juarez v. Autozone Stores, Inc.*, 2014 WL 7017660 (S.D. Cal. 2014);

(b) *Barrie v. California Department of Transportation*, 2017 WL 4631647 (Nevada Cty. Super. Ct.);

(c) *Palma v. Rite Aid Corp.*, 2012 WL 3541952 (Los Angeles Cty. Super. Ct.);

(d) *Espinoza v. Cty. of Orange*, 2009 WL 6323832 (Orange Cty. Super. Ct.);

(e) *Ko v. The Square Group L.L.C. d/b/a the Square Supermarket, et al.*, 2014 WL 8108413 (Los Angeles Cty. Super. Ct.);

(f) *Vitrano v. Advanta Mortgage Corp. USA*, 1998 WL 301262 (San Diego Cty. Super. Ct.);

(g) *Gutierrez v. Dignity Health*, 2019 WL 3069313 (Kern Cty. Super. Ct.);

(h) *Colucci v. T-Mobile USA Inc.*, 2017 WL 4265980 (San Bernardino Cty. Super. Ct.);

(i) *Flores v. Office Depot Inc.*, 2017 WL 773850 (Los Angeles Cty. Super Ct.);

(j) *Rodriguez v. Valley Vista Services, Inc., et al.*, 2013 WL 8603615 (Los Angeles Cty. Super. Ct.);

(k) *Roby v. McKesson Corp.,* 47 Cal. 4th 686 (2009);

(l) *Wysinger v. Automobile Club of Southern California*, 2006 WL 397031 (Santa Barbara Cty. Super. Ct.);

(m) *Beasley v. East Coast Foods, Inc.*, Case No. BC509995 (Los Angeles County Sup. Ct.).

DATED: October 18, 2024

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Natalie Hernandez Catahan*
Natalie Hernandez Catahan
Attorneys for Defendant
Ciox Health, LLC d/b/a Datavant Group
(erroneously sued as "Datavant, Inc.")

## PROOF OF SERVICE
*Rosalva Quirarte v. Datavant, Inc., et al.*
Case No. 1:24-at-00856

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made.  At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made.  My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA  92626.

On October 18, 2024, I served the following document(s):

**DEFENDANT CIOX HEALTH, LLC D/B/A DATAVANT GROUP'S REQUEST FOR JUDICIAL NOTICE**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

☐ **BY MAIL:**  I placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY MAIL:**  I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid at Park Tower, Fifteenth Floor, 695 Town Center Drive, Costa Mesa, CA 92626.

☐ **BY OVERNIGHT DELIVERY:**  I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Ogletree, Deakins, Nash, Smoak & Stewart P.C., Costa Mesa, California.  I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery.

☐ **BY MESSENGER SERVICE:** (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **BY FACSIMILE:** by transmitting a facsimile transmission a copy of said document(s) to the following addressee(s) at the following number(s), in accordance with:

☐ the written confirmation of counsel in this action:
☐ [Federal Court] the written confirmation of counsel in this action and order of the court:

☐ **BY CM/ECF:**  With the Clerk of the United States District Court of California, using the CM/ECF System.  The Court's CM/ECF System will send an e-mail notification of the

Case No. 1:24-at-00856

4

DEFENDANT CIOX HEALTH, LLC D/B/A DATAVANT GROUP'S
REQUEST FOR JUDICIAL NOTICE

foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

☒ **(Federal)** I declare that I am a **member** of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on October 18, 2024, at Costa Mesa, California.

*Dianna Kinnamon*

_____
Dianna Kinnamon

**SERVICE LIST**

| | |
|---|---|
| Samvel Geshgian, Esq.<br>Gourgen Babayan, Esq.<br>SGGB LAW FIRM, LLP<br>16530 Ventura Blvd, Suite 409<br>Encino, CA  91436<br>Telephone:    818-855-1018<br>Facsimile:     818-474-0047<br>sg@sggblaw.com<br>gb@sggblaw.com | Attorneys for Plaintiff<br>Rosalva Quirarte |

Case No. 1:24-at-00856

6

DEFENDANT CIOX HEALTH, LLC D/B/A DATAVANT GROUP'S
REQUEST FOR JUDICIAL NOTICE