SAMVEL GESHGIAN, ESQ. (SBN 300470)
sg@sggblaw.com
GOURGEN BABAYAN, ESQ. (SBN 314499)
gb@sggblaw.com
**SGGB LAW FIRM, LLP**
16530 Ventura Blvd, Suite 409
Encino, California 91436
Telephone: (818) 855-1018
Facsimile: (818) 474-0047

Attorneys for Plaintiff,
ROSALVA QUIRARTE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALVA QUIRARTE, an individual,<br><br>                              Plaintiff,<br><br>        v.<br><br>DATAVANT, INC., a Delaware Corporation; RELIANCE STANDARD LIFE INSURANCE COMPANY, a Illinois Corporation; and DOES 1 through 20, inclusive,<br><br>                              Defendants. | Case No. 2:24-cv-02896-DC-CKD<br><br>**STIPULATION AND ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br><br><br>Action Filed: September 10, 2024<br>Date Removed: October 18, 2024 |

        Plaintiff ROSALVA QUIRARTE ("Plaintiff") and Defendant CIOX HEALTH, LLC d/b/a DATAVANT GROUP (erroneously sued as "Datavant, Inc.") ("Defendant"), by and through the undersigned counsel, submit the following Joint Stipulation and request that the Court grant Plaintiff leave to file a First Amended Complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure:

1. Plaintiff filed her Complaint on September 10, 2024, in Stanislaus County Superior Court;

2. On October 17, 2024, Defendant filed an Answer in Stanislaus County Superior Court;

3. On October 18, 2024, Defendant removed Plaintiff's complaint to the Eastern District of California;

4. On November 3, 2024, Plaintiff filed an Incorrect Name Amendment with the Stanislaus County Superior Court replacing the incorrectly named Defendant RELIANCE STANDARD LIFE INSURANCE COMPANY with the correct Defendant, MATRIX ABSENCE MANAGEMENT, INC.

5. Plaintiff has prepared a First Amended Complaint to correctly identify both named Defendants. No other changes were made in the First Amended Complaint.

6. Parties have met and conferred regarding the allegations contained in Plaintiff's proposed First Amended Complaint.

**NOW, THEREFORE,** the Parties herby stipulate and request that the Court grant Plaintiff leave to file a First Amended Complaint in this action, a true and correct copy of which is attached as Exhibit "A" hereto.

DATED:  December 2, 2024          **SGGB LAW FIRM, LLP**


By:  /s/ Samvel Geshgian
Samvel Geshgian, Esq.
Gourgen Babayan, Esq.
Attorneys for Plaintiff
ROSALVA QUIRARTE

DATED:  December 2, 2024          **OGLETREE DEAKINS, NASH, SMOAK & STEWART, P.C.**


By:  /s/ Natalie Hernandez Catahan
Natalie Hernandez Catahan, Esq.
Attorneys for Defendant,
CIOX HEALTH, LLC d/b/a DATAVANT GROUP (erroneously sued as "Datavant, Inc.")

JOINT STIPULATION AND ORDER TO FILE A FIRST AMENDED COMPLAINT

**ORDER**

Good cause appearing therefor, IT IS HEREBY ORDERED that Plaintiff is granted leave to file a First Amended Complaint, which is attached hereto as Exhibit "A".

Dated:

_____
Dena Coggins
United States District Judge

JOINT STIPULATION AND ORDER TO FILE A FIRST AMENDED COMPLAINT

1

## <u>ATTESTATION</u>

2

3
      I hereby attest that all other signatories listed, and on whose behalf the filing is submitted,

4
concur in the filing's content and have authorized the filing.

5
DATED:  December 2, 2024                    **SGGB LAW FIRM, LLP**

6

7
                  By:  /s/ Samvel Geshgian

8
                      Samvel Geshgian, Esq.
                      Gourgen Babayan, Esq.

9
                      Attorneys for Plaintiff
                      ROSALVA QUIRARTE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND ORDER TO FILE A FIRST AMENDED COMPLAINT

PROOF OF SERVICE

I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 16530 Ventura Blvd., Suite 409, Encino, CA 91436.

On December 2, 2024, I served a document described as: **JOINT STIPULATION AND ORDER FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

☐ **By United States Mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at addresses on the attached Service List, by depositing the sealed envelope with the United States Postal Service, with the postage fully prepaid, or by placing the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **By Fax Transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed on the attached Service List. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐ **By Electronic Service.** Based on a court order or an agreement of the parties to accept service by electronic transmission, pursuant to the Code of Civil Procedure §§1010.6(a)(2), 1010.6(e), and 1013(g), and/or California Rules of Court 2.251(b)(1)-(2), I caused the documents to be sent to the persons at the electronic notification addresses listed on the attached Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **By personal service.** I caused such envelope to be delivered by hand to the persons at the addresses listed on the Service List.

☐ **By Overnight Delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses on the attached Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **By Messenger Service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed on the attached Service List and providing them to a professional messenger service for service. *(A Declaration of Messenger follows.)*

☑ **By CM/ECF.** With the Clerk of the United States District Court of California, using the CM/ECF system. The Court's CM/ECF system will send an email notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 2, 2024, at Encino, California.

_____
Samvel Geshgian

**SERVICE LIST**

**Attorneys for Defendants Datavant, Inc.**
Natalie Hernandez Catahan, Esq.
Natalie.hernandez@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
695 Town Center Drive
Costa Mesa, CA 92626
Tel. 714-800-7900